# ALABAMA COURT OF CRIMINAL APPEALS



May 17, 2024

**CR-2023-0431**
Kenneth Dale Davis v. Alabama Board of Pardons and Paroles (Appeal from
Montgomery Circuit Court: CV-23-900272)

## <u>NOTICE</u>

You are hereby notified that on May 17, 2024, the following action was taken
in the above-referenced cause by the Court of Criminal Appeals:

Application for Rehearing Overruled.

D. Scott Mitchell, Clerk